# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** | § § § | Case No. 2:14-cv-902-JRG-RSP (Lead) |
| **Plaintiff,** | § § | |
| v. | § § | **FILED UNDER SEAL** |
| **SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELCTRONICS AMERICA, INC.,** | § § § § | |
| **HUAWEI TECHNOLOGIES CO. LTD, HUAWEI TECHNOLOGIES USA, INC. and HUAWEI DEVICE USA, INC.,** | § § § § § | Case No. 2:14-cv-687-JRG-RSP (Consolidated) |
| **MOTOROLA MOBILITY LLC** | § § | Case No. 2:14-cv-689-JRG-RSP (Consolidated) |
| **Defendants.** | § § § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE BY PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE LLC AND MOTOROLA MOBILITY LLC

It is hereby ordered that the Joint Motion to Dismiss with Prejudice by Plaintiff Parthenon Unified Memory Architecture LLC and Motorola Mobility LLC is GRANTED. All claims and counterclaims between Plaintiff Parthenon Unified Memory Architecture LLC ("PUMA") and Defendant Motorola Mobility LLC ("Motorola") are DISMISSED WITH PREJUDICE. PUMA and Motorola each shall bear its own attorneys' fees, costs, and other expenses.

**SIGNED this 8th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE